13271.   DURHAM *v.* THE STATE.

BLOODWORTH, J.   1.   " Prejudicial remarks of the court in the presence and hearing of the jury are not ground for a new trial unless a motion to declare a mistrial on that ground has been made and refused." *Harrison* v. *State*, 20 *Ga. App.* 157 (6), 160 (6) (92 S. E. 970, 971), and cases cited. This ruling disposes of the special ground of the motion for a new trial.

2. The evidence amply authorized the verdict.

*Judgment affirmed.   Broyles, C. J., and Luke, J., concur.*

DECIDED APRIL 11, 1922.

Indictment for assault with intent to murder; from Whitfield superior court — Judge Tarver. January 7, 1922.

*J. C. Mitchell,* for plaintiff in error.

*Joseph M. Lang, solicitor-general,* contra.